# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **5:05-CR-21 (WDO)** |
| : | |
| **TEDRICK THOMAS,** : | |
| : | |
| **Defendant** : | |

## ORDER

Defendant's timely filed request for an extension of time to file his appeal is GRANTED.  Defendant shall file a Notice of Appeal no later than November 11, 2005.

**SO ORDERED this 26th day of October, 2005.**

      **S/Wilbur D. Owens, Jr.**
      **WILBUR D. OWENS, JR.**
      **UNITED STATES DISTRICT JUDGE**